UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

D$21

2011 MAR 18 AM 8:57

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

ANTONETTE MICHEL HOBBS,

    Plaintiff,

v.                                                                                           Case No.: 3:10-cv-108-J-20JRK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

# ORDER

This cause is before this Court on the Report and Recommendation (Doc. 20, entered February 11, 2011) issued by United States Magistrate Judge James R. Klindt. In the Report and Recommendation, Judge Klindt recommends that the Commissioner's decision be affirmed. The parties were notified to file written objections to the findings and recommendations within fourteen days from the date of its filing. Plaintiff timely filed objections (Doc. 21, filed February 25, 2011), and Defendant has filed a response to Plaintiff's objections (Doc. 23, filed March 9, 2011). After independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. 21, filed February 25, 2011) are **OVERRULED**;

2. The Commissioner's decision is **AFFIRMED**; and

3. The Clerk is **DIRECTED** to enter judgment for Defendant, terminate all pending motions, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _17_ day of March, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Heather Freeman, Esq.
John F. Rudy, III, Esq.